UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.   05-18990-BKC-AJC
ELSA ACOSTA

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   12.67  remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case.  Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $   .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____APR 2 9 2011_____          _____
                                          NANCY N. HERKERT
                                          CHAPTER 13 TRUSTEE

Copies to:

ELSA ACOSTA
5434 NW 111 COURT
MIAMI, FL 33178

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

THE SAGRES COMPANY
10350 SCIENCE CENTER DR #100
SAN DIEGO, CA 92121

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF FLORIDA


    IN RE:                              CASE NO.   05-18990-BKC-AJC
    ELSA ACOSTA


                                        CHAPTER 13


    ELSA ACOSTA

    5434 NW 111 COURT
    MIAMI, FL 33178


    PATRICK L. CORDERO, ESQUIRE
    198 NW 37 AVENUE
    MIAMI, FL 33125


    THE SAGRES COMPANY            --------$         12.67
    10350 SCIENCE CENTER DR #100
    SAN DIEGO, CA 92121                   UNDELIVERABLE/STALE
                                          CLAIM REGISTER# 9-1

    U.S. Trustee
    51 S.W. 1st Avenue
    Miami, Florida 33130
```